1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Cecil Shaw

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>            Plaintiff,<br><br>     vs.<br><br>HARRIS FARMS, INC. dba HARRIS RANCH INN & RESTAURANT,<br><br>            Defendant. | No.  1:14-cv-00997-MCE-SKO<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Cecil Shaw and Defendants Harris Farms, Inc., dba Harris Ranch Inn & Restaurant, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Date: January 5, 2015                MOORE LAW FIRM, P.C.

　　　　　　　　　　　　　　　　　　　　　*/s/ Tanya E. Moore*
　　　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　Cecil Shaw

　　　　　　　　　　　　　　　　　　　　　WANGER JONES HELSLEY PC

　　　　　　　　　　　　　　　　　　　　　*/s/ Michael S. Helsley*
　　　　　　　　　　　　　　　　　　　　　Michael S. Helsley
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　Harris Farms, Inc., dba Harris Ranch Inn & Restaurant

**ORDER**

The parties having so stipulated, IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs, and the Clerk of the Court is directed to close this case.

**IT IS SO ORDERED**.

Dated:  January 5, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT